IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH S. SCHLICHTING, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-2851 |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN RAILROAD, | : | |
| GARY SIPES, ROBERT FRANK, | : | |
| GEORGE GRESS, and JEFF BERGER, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of July, 2015, the *pro se* plaintiff, Keith S. Schlichting, having filed an application to proceed *in forma pauperis* and a complaint on May 18, 2015, *see* Doc. No. 1; and the court having reviewed the application and the complaint as required under 28 U.S.C. § 1915; and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The application to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The complaint is **DISMISSED WITHOUT PREJUDICE** for the failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The clerk of court shall provide the plaintiff with a copy of the form civil complaint for employment discrimination that is available on the court's website;[1]

4. The plaintiff has leave to file an amended complaint within thirty (30) days of the date of this order.  Upon the filing of an amended complaint, the clerk of court shall not make

---

[1] The form shall include the accompanying instructions.

service until so ordered by the court.  If the plaintiff fails to file an amended complaint, the court may dismiss his case without further notice to him.

                                        BY THE COURT:


                                        /s/ *Edward G. Smith, J.*
                                        EDWARD G. SMITH, J.